# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

Springfield Division

Tim J. Godin

V.

Springfield Terminal Railway Company

- and -

Boston & Maine Corporation

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05-30049-KPN

TO: (Name and address of defendant)

Boston & Maine Corporation
Iron Horse Park
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Joyce, III
HANNON & JOYCE
The Curtis Center - Suite 450
Independence Square West
Philadelphia, PA 19106-3323
(215) 446-4460
Attorney for Plaintiff

Michael J. McDevitt
LAWSON & WEITZEN LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
(617) 439-4990
Local Counsel for Plaintiff

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 2/11/05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): United States Mail Certified - Returned Receipt.
           See attached Receipt.
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                              Signature of Server

                                            _____
                                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Corey Chamberlain_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Cory Chamberlain   2/2/05 |
| 1. Article Addressed to:<br><br>Boston & Maine Corporation<br>Iron Horse Park<br>North Billerica, MA 01862<br><br><br>ATTN: Cynthia Scarano<br>      Director of Claims | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail  ☐ Express Mail<br>   ☐ Registered     ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7003 2260 0000 8767 6396 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HANNON & JOYCE
PUBLIC LEDGER BUILDING, SUITE 1000
150 S. INDEPENDENCE MALL WEST
PHILADELPHIA, PA 19106-3413

ATTN: AMB
      Godin