# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS
Springfield Division

Tim J. Godin

V.

Springfield Terminal Railway Company

– and –

Boston & Maine Corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30049-KPN

TO: (Name and address of defendant)

Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Joyce, III
HANNON & JOYCE
The Curtis Center – Suite 450
Independence Square West
Philadelphia, PA 19106-3323
(215) 446-4460
Attorney for Plaintiff

Michael J. McDevitt
LAWSON & WEITZEN LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
(617) 439-4990
Local Counsel for Plaintiff

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 2/11/05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): United States Mail – Certified – Returned Receipt. See attached Receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cory Chamberlain_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Cory Chamberlain  2/4/05<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br>Springfield Terminal Railway Co.<br>Iron Horse Park<br>North Billerica, MA 01862<br><br>ATTN: Cynthia Scarano<br>      Director of Claims | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0000 8767 6372 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**HANNON & JOYCE**
**PUBLIC LEDGER BUILDING, SUITE 1000**
**150 S. INDEPENDENCE MALL WEST**
**PHILADELPHIA, PA 19106-3413**

ATTN:  AMB
       Godin