UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

TIM J. GODIN, )
    Plaintiff )
)
v. )
) CIVIL DOCKET NO. 05-30049-KPN
)
SPRINGFIELD TERMINAL )
RAILWAY COMPANY )
)
And )
)
BOSTON AND MAINE )
CORPORATION )
    Defendants )
)

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants in the above-captioned case.

Dated this 15th day of March, 2005.

DEFENDANTS,
Springfield Terminal Railway Company
And Boston and Maine Corporation,
By their attorney,

_____
James J. Walsh (BBO #514560)
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA 02110
(617) 426-6100
jwalsh@hthlaw.com

## CERTIFICATE OF SERVICE

I, James J. Walsh, counsel for defendants, hereby certify that I have this day, 3-15, 2005, served a copy of the foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

Thomas J. Joyce, III, Esq.
HANNON & JOYCE
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, PA  19106-3413

Michael J. McDevitt
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, # 345
Boston, MA  02210
(617) 439-4990

_____
James J. Walsh