UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| TIM J. GODIN,<br>    Plaintiff<br><br>v.<br><br>SPRINGFIELD TERMINAL<br>RAILWAY COMPANY<br><br>And<br><br>BOSTON AND MAINE<br>CORPORATION<br>    Defendants | CIVIL DOCKET NO. 05-30049-KPN |

## ANSWER AND JURY CLAIM OF DEFENDANTS

1. Admitted.
2. Admitted.
3. Admitted.
4. The allegations to the Complaint speak for themselves. The defendants deny liability under the referenced statutes.
5. Admitted.
6. Admitted.
7. The defendants deny that their acts or omissions caused injury to the plaintiff.
8. The defendants admit that at various times the plaintiff was employed by the defendants.
9. The defendants deny that there was an occurrence during which the plaintiff was injured.
10. The defendants admit that at various times since 1976 the plaintiff was employed by the defendants. Otherwise, the defendants deny these allegations.
11. The defendants deny each allegation contained in this paragraph.
12. The defendants deny this allegation.

13. At this time, the defendants are without information sufficient to enable them to either admit or deny this allegation.
14. The defendants deny this allegation.
15. The defendants deny this allegation.
16. The defendants deny this allegation.

### First Additional Defense

And further answering, the defendant say that the plaintiff's claims are barred by the Statute of Limitations.

### Second Additional Defense

And further answering, the defendants say that if the plaintiff was injured, his injuries were caused by his own negligence.

### Third Additional Defense

And further answering, the defendants say that if the plaintiff was injured, his injury was caused by persons or conditions for which the defendant is not legally responsible.

### Fourth Additional Defense

And further answering, the defendants say that the Complaint fails to state a claim upon which relief can be granted.

### Defendants Claim Jury Trial

DEFENDANTS,
Springfield Terminal Railway Company
And Boston and Maine Corporation,
By their attorney,

_____
James J. Walsh (BBO #514560)
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA 02110
(617) 426-6100
jwalsh@hthlaw.com

## CERTIFICATE OF SERVICE

I, James J. Walsh, counsel for defendants, hereby certify that I have this day, ___3-15___, 2005, served a copy of the foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

Thomas J. Joyce, III, Esq.
HANNON & JOYCE
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, PA 19106-3413

Michael J. McDevitt
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, # 345
Boston, MA 02210
(617) 439-4990

_____
James J. Walsh