✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Tim J. Godin

V.

Springfield Terminal Railway Co.

**NOTICE**

CASE NUMBER:  05-30049-MAP

TYPE OF CASE:

☒ **CIVIL**          **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **4/28/05 at 10:00 a.m.** | **April 29, 2005, at 9:30 a.m.** |

SARAH A. THORNTON, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 21, 2005                                   /s/                     /s/ Bethaney A. Healy
DATE                                             (BY) DEPUTY CLERK

TO:     ALL  COUNSEL OF RECORD