UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

TIM J. GODIN, )
    Plaintiff )
)
v. )
)
) CIVIL DOCKET NO. 05-30049-KPN
SPRINGFIELD TERMINAL )
RAILWAY COMPANY )
)
And )
)
)
BOSTON AND MAINE )
CORPORATION )
    Defendants )
)

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Now come the parties, by agreement and move that the scheduling conference be continued to Friday, May 13, 2005.

_James J. Walsh_
James J. Walsh (BBO #514560)
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA 02110
(617) 426-6100
jwalsh@hthlaw.com

_Thomas J. Joyce_
Thomas J. Joyce, III, Esq.
HANNON & JOYCE
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, PA 19106-3413

_Michael J. McDevitt_
Michael J. McDevitt
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, # 345
Boston, MA 02210
(617) 439-4990