

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460   ~   (888) 222-FELA (US)   ~   (215) 446-4479 (FAX)

THOMAS J. JOYCE, III, PARTNER
t.joyceiii@hannonandjoyce.com

April 21, 2005

Honorable Kenneth P. Neiman
United States District Court
1550 Main Street
Springfield, MA 01103

Re:   Tim J. Godin vs. Springfield Terminal Railway Company, etal
      Civil Action No. 05-30049-KPN

Dear Judge Neiman:

Please note our representation of the Plaintiff in the above-captioned FELA carpal tunnel syndrome action.

Please be advised that Michael J. McDevitt, Plaintiff's local counsel, will attend the Scheduling Conference on April 28, 2005 at 10:00 A.M. in person in Springfield. I will be available, if needed, to participate by telephone in the conference.

If you have any questions or need additional information, please do not hesitate to contact me. Thank you for your time and consideration.

Respectfully,

THOMAS J. JOYCE, III

TJJ:mgm
cc:   Michael J. McDevitt, Esquire
      James J. Walsh, Esquire