UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| TIM J. GODIN,<br>    Plaintiff | )<br>)<br>) |
| v. | )    CIVIL DOCKET NO. 05-30049-KPN<br>) |
| SPRINGFIELD TERMINAL<br>RAILWAY COMPANY | )<br>)<br>) |
| And | )<br>) |
| BOSTON AND MAINE<br>CORPORATION<br>    Defendants | )<br>)<br>)<br>) |

### DEFENDANTS' CERTIFICATION - LR 16.1(D)(3)

The defendants and their counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

BOSTON & MAINE RAILROAD CO.

By: _____
Cynthia S. Scarano
Director of Claims

_____
James J. Walsh (BBO #514560)
ATTORNEY FOR DEFENDANTS