IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

TIM J. GODIN,

        Plaintiff

       v.                   Civil Action No.:  05-30049KPN

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON AND MAINE
CORPORATION,

        Defendants

### **RULE 16(O)(3) CERTIFICATION**

    This is to certify that the Plaintiff, Tim J. Godin, and his counsel, Thomas J. Joyce, III, Esquire and Michael J. McDevitt, Esquire, have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses.  Tim J. Godin and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and he needs to develop further information before he can decide whether the case is appropriate for settlement, ADR or full litigation.

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF         ATTORNEY FOR PLAINTIFF


/s/ Thomas J. Joyce, III         /s/ Michael J. McDevitt, Esquire
Thomas J. Joyce, III, Esquire      Michael J. McDevitt, Esquire
HANNON & JOYCE          LAWSON & WEITZEN, LLP
                       Local Counsel for Plaintiff
                       88 Black Falcon Avenue, Suite 345
PLAINTIFF              Boston, MA 02210


    /s/   Tim J. Godin
Tim J. Godin

Dated: 5-12-2005