UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIM J. GODIN,<br>        Plaintiff<br><br>v.<br><br><br>SPRINGFIELD TERMINAL RAILWAY<br>COMPANY & BOSTON & MAINE<br>CORPORATION,<br>        Defendants | Civil Action No.  05-30049-KPN |

## SCHEDULING ORDER
May 13, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by June 10, 2005.

2. All written discovery and non-expert depositions shall be completed by December 2, 2005.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 14, 2005.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 14, 2005.

5. All expert depositions shall be completed by January 13, 2006.

6. Counsel shall appear for a case management conference on January 18, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: May 13, 2005

        /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge