UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIM J. GODIN,<br>      Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No. 05-30049-MAP |
| SPRINGFIELD TERMINAL<br>RAILWAY CO.,<br>      Defendant | )<br>)<br>)<br>) | |

<u>SETTLEMENT ORDER OF DISMISSAL</u>
January 17, 2006

The court, having been advised on <u>January 13, 2006,</u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk