UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2006 MAY 17 A 9: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

TIM J. GODIN,

      Plaintiff,

VS.

      C. A. NO. 05-30049-MAP

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON & MAINE
CORPORATION,

      Defendant,

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims have been settled and amicably resolved and this action may be dismissed with prejudice, without costs or expenses including attorney's fees and waiving all right of appeal.

DATED: February 3, 2006

Plaintiff
TIM J. GODIN

By: _____
THOMAS J. JOYCE, III, ESQ.
HANNON & JOYCE
Public Ledger Bldg, Suite 1000
150 South Independence Mall West
Philadelphia, PA 19106
(215-446-4460

Defendant
SPRINGFIELD TERMINAL RAILWAY CO.
and BOSTON & MAINE CORPORATION

By: _____
JAMES J. WALSH, ESQUIRE
HERLIHY, THURSBY & HERLIHY
133 Federal Street
Boston, MA 02110

Local Counsel for Plaintiff

By: /s/ *M JM*
MICHAEL J. MCDEVITT, ESQ.
LAWSON & WEITZEN
88 Black Falcon Avenue, Suite 345
Boston, MA  02210